# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0134. IN RE: GARY CREWS, WARD.**

Gary Crews has filed an application for discretionary appeal seeking review of a superior court order that affirmed the probate court's denial of his "Petition For Restoration of an Individual Formerly Found To Be In Need of a Guardian." However, no application is required to appeal from a decision of the superior court reviewing a decision of the probate court. See OCGA § 5-6-35 (a) (1); *Phillips v. State*, 261 Ga. 190, 190-191 (402 SE2d 737) (1991); *In re Estate of Taylor*, 270 Ga. App. 807 n. 1 (608 SE2d 299) (2004). Because the superior court order is directly appealable, this application is GRANTED pursuant to OCGA § 5-6-35 (j). Applicant shall have ten days from the date of this order to file a notice of appeal with the superior court. The Clerk of the Superior Court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*